UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WEYLON SCOTT BROWN )<br>         Plaintiff, )<br>         )<br>v.         )<br>         )<br>UNITED STATES OF AMERICA, FRANK)<br>BROSTROM, *FBI Agent*, and UNITED )<br>STATES DEPARTMENT OF DEFENSE )<br>         Defendants. ) | **JUDGMENT**<br>5:19-cv-154-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 12, 2019, and for the reasons set forth more specifically therein, that this action is dismissed without prejudice.

**This Judgment Filed and Entered on August 12, 2019, and Copies To:**
Weylon Scott Brown (via US mail) 2681 Stevens Chapel Rd., Smithfield, NC 27577

August 12, 2019                    PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk